UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| National Federation of the Blind, Inc. and Jamal Mazrui, <br><br> Plaintiffs, <br><br> v. <br><br> United States Office of Personnel Management, Michael Rigas[1] in his official capacity as Acting Director of the United States Office of Personnel Management, and Blue Cross and Blue Shield Association, <br><br> Defendants. | Case No. 1:19-cv-06249 <br><br> Hon. Sharon Johnson Coleman |

## JOINT STATUS REPORT

Plaintiffs National Federation of the Blind, Inc. and Jamal Mazrui and Defendants United States Office of Personnel Management ("OPM"), Michael Rigas in his official capacity as Acting Director of OPM, and Blue Cross and Blue Shield Association ("BCBSA") (collectively, the "Parties"), by and through their undersigned attorneys, and pursuant to the Court's August 17 order (ECF No. 50), submit this Joint Status Report and state as follows:

---

[1] Plaintiffs named OPM's former Acting Director Margaret Weichert in her official capacity as a Defendant, *see* ECF No. 1, but Weichert was succeeded as Director of OPM by Dale Cabaniss on September 16, 2019. *See OPM Welcomes Director Dale Cabaniss as the Agency's 12th Director* (Sept. 16, 2019), https://www.opm.gov/news/releases/2019/09/opm-welcomes-director-dale-cabaniss-as-the-agency's-12th-director/. On March 17, 2020, Cabaniss resigned as Director of OPM, and Michael Rigas succeeded her as Acting Director. *See* Nicole Ogrysko, *Cabaniss Resigns As OPM Director*, Federal News Network (Mar. 17, 2020, 6:50 PM), https://federalnewsnetwork.com/workforce/2020/03/cabaniss-resigns-as-opm-director/. Under Federal Rule of Civil Procedure 25(d), Rigas in his official capacity is "automatically substituted as a party" for Weichert. Hereinafter, Defendants OPM and its Acting Director shall be referred to collectively as "OPM."

1. **The Nature of the Case:**

    a. <u>Attorneys of record.</u> Attorneys for Plaintiffs are Sharon Krevor-Weisbaum (lead counsel), Eve Hill and Monica R. Basche of Brown, Goldstein and Levy, LLP; and Barry C. Taylor and Rachel M. Weisberg of Equip for Equality. Attorneys for Defendant OPM are Kevin P. Hancock and Carlotta P. Wells, U.S. Department of Justice, Civil Division. Attorneys for Defendant BCBSA are Dawn B. Williams and Christina Chapin of Faegre Drinker Biddle & Reath LLP.

    b. <u>Nature of claims.</u> Plaintiffs assert that Defendants have failed to ensure that the BCBSA and Federal Employee Health Benefit Program websites, as well as BCBSA's mobile application, are accessible to blind individuals in violation of Sections 504 and 508 of the Rehabilitation Act ("Rehab Act"), the Affordable Care Act ("ACA"), Title III of the Americans with Disabilities Act ("ADA"), and the Washington Law Against Discrimination. Defendants deny the allegations in the Complaint and deny that they have any liability to Plaintiffs.

    c. <u>Major legal and factual issues.</u> The major legal and factual issues in this case are whether Defendants' BCBSA and Federal Employee Health Benefit Program websites and BCBSA's mobile application are accessible to blind individuals under the Rehab Act, the ACA, the ADA, and the Washington Law Against Discrimination.

    d. <u>Relief sought.</u> Plaintiffs seek declaratory and injunctive relief and monetary damages. Specifically, as to the injunctive relief, Plaintiffs seek an order from the Court requiring Defendants to comply with accepted accessibility guidelines with respect to the BCBSA and Federal Employee Health Benefit Program websites and

BCBSA's mobile application. Defendants deny that Plaintiffs are entitled to this relief.

e. <u>General status.</u> This case was stayed on November 26, 2019 so the Parties could engage in settlement negotiations; the stay has expired. As discussed below, the Parties request an additional 45-day stay of the proceedings to continue settlement negotiations. If after 45 days the Parties have not reached a settlement, Plaintiffs intend to request that the Court resume litigation while continuing settlement discussions. Given this request for an extended stay, the Parties request that the Court vacate the status conference currently set for September 2, 2020, and set it for a date shortly after the expiration of the Parties' requested 45-day stay.

2. **Pending Motions:**

There are no pending motions.

3. **Proposed Discovery Schedule:**

a. <u>Discovery required.</u> Plaintiffs require discovery on the accessibility to blind individuals of Defendants' BCBSA and Federal Employee Health Benefit Program websites and BCBSA's mobile application. Defendant OPM may seek discovery relating to Plaintiffs' claims that the Federal Employee Health Benefit website is not accessible.

b. <u>Proposed schedule.</u> For purposes of judicial economy, the Parties will confer on a proposed discovery schedule if the stay is lifted at the expiration of the additional 45 days.

4. **Trial:**

a. <u>Jury trial.</u> Plaintiffs did not request a jury trial in this case.

b.  <u>Probable length of trial.</u> The probable length of trial is three days.

**5. Status of Settlement Discussions.**

On September 19, 2019, Plaintiffs filed their Complaint. ECF No. 1. Defendants OPM's and BCBSA's responsive pleadings were due by December 2, 2019. On November 25, 2019, the Parties filed a Joint Motion For Stay Pending Mediation to inform the Court that the Parties had agreed to mediate this case and to seek a short stay to allow the Parties to focus their time, efforts, and resources on mediating this case, rather than pursuing litigation. ECF No. 28. On November 26, 2019, the Court granted the Parties' Motion and ordered the Parties to: (a) advise the Court if and when a mediated resolution was reached; and (b) file a Joint Status Report by January 27, 2020, setting forth the Parties' position as to whether the case should remain stayed and, if not, the date by which the Defendants must respond to the Complaint. ECF No. 31. The Court also set a responsive pleading deadline of February 20, 2020. ECF No. 30.

The Parties participated in a full-day mediation on January 8, 2020, in Washington, D.C. On January 27, 2020, the Parties filed a Joint Status Report advising the Court about the status of their settlement discussions and asking the Court to extend the stay by forty-five (45) days. ECF No. 32. On January 31, 2020, the Court granted the Parties' request and extended the stay on litigation deadlines for an additional forty-five (45) days and scheduled a status hearing for April 10, 2020. ECF No. 33. Per this Order, the Parties' stay was set to expire on March 16, 2020. *See id.* The January 31, 2020 Order obviated the previous February 20, 2020 responsive pleading deadline and did not set a new responsive pleading deadline. *See id.*

As a result of the COVID-19 pandemic, the Northern District of Illinois issued General Orders that extended the deadlines in civil cases and cancelled in-person hearings. *See* ECF Nos. 35, 36, 38, 39. On May 26, 2020, the Northern District of Illinois issued its Fourth

Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY, which no longer extended or modified any deadlines set in civil cases. ECF No. 40. On July 10, 2020, the Northern District of Illinois issued its Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY, which no longer extended or modified any deadlines set in civil cases. ECF No. 44.

From January 2020 to the present, Plaintiffs and Defendant BCBSA have continued to discuss the terms of a potential settlement. Despite various delays, the Parties continue to make progress toward a final resolution. On August 19, 2020, Defendant BCBSA provided Plaintiffs with information that Plaintiffs had requested, and the Parties are scheduled to discuss this information and engage in further settlement discussions on August 31, 2020.

Although Plaintiffs and Defendant OPM have had no substantive settlement discussions directly, on August 21, 2020, Defendant OPM conveyed a settlement proposal through the Parties' mediator. Plaintiffs are in the process of evaluating the proposal and the Parties are scheduled to engage in settlement discussions on August 31, 2020.

The Parties recognize that this case has been stayed for an extended period of time. However, given the recent progress in settlement discussions between the Parties, the Parties respectfully request that the Court grant a further stay of forty-five (45) days. If this forty-five day stay ends and the Parties have not reached a settlement, Plaintiffs intend to file a First Amended Complaint and ask the Court to proceed with this case on a parallel track of active litigation while the Parties continue their settlement discussions.

**6. Consent to Proceed Before the Magistrate:**

At this time, the Parties do not consent to proceeding before the Magistrate.

Dated: August 28, 2020

Respectfully Submitted,

By:  /s Rachel M. Weisberg

Barry C. Taylor
barryt@equipforequality.org
Rachel M. Weisberg
rachelw@equipforequality.org
EQUIP FOR EQUALITY
20 North Michigan, Suite 300
Chicago, IL 60602
Telephone:  312-341-0022

Eve L. Hill (*Pro Hac Vice*)
EHill@browngold.com
Monica R. Basche (*Pro Hac Vice*)
mbasche@browngold.com
Sharon M. Krevor-Weisbaum (*Pro Hac Vice*)
skw@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street Ste. 1700
Baltimore, MD 21202
Telephone:  410-962-1030

***Attorneys for Plaintiffs National Federation of the Blind, Inc. and Jamal Mazrui***

By: Carlotta P. Wells (*with consent*)

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-3183 (phone)
(202) 616-8470 (fax)
kevin.p.hancock@usdoj.gov

***Attorneys for Defendants United States Office of Personnel Management and Michael Rigas in his***

6

*Official Capacity as Director of the United States Office of Personnel Management*

By:    Christina R. Chapin (*with consent*)

Christina R. Chapin (ARDC #6329533)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Fax: (312) 569-3000
Christina.Chapin@dbr.com

*Attorney for Defendant Blue Cross and Blue Shield Association*

7

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 28, 2020, I caused a copy of the foregoing Status Report to be filed electronically and that the document was served on all Counsel of Record by the Court's CM/ECF system.

                s/ <u>Rachel M. Weisberg</u>_____
                Rachel M. Weisberg